UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DESHAWN REED,<br><br>    Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | NO. EDCV 15-1579-R (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 14, 2017

_____
MANUEL L. REAL
United States District Judge